PER CURIAM.
Affirmed. Glendening v. State, 536 So.2d 212 (Fla.1988), cert. denied, 492 U.S. 907, 109 S.Ct. 3219, 106 L.Ed.2d 569 (1989); Castor v. State, 365 So.2d 701 (Fla.1978); Williams v. State, 414 So.2d 509 (Fla.1982); Saavedra v. State, 576 So.2d 953 (Fla. 1st DCA 1991); Pringle v. State, 553 So.2d 1304 (Fla. 3d DCA 1989); Snodderly v. State, 528 So.2d 982 (Fla. 1st DCA 1988); Marshall v. State, 439 So.2d 973 (Fla. 3d DCA 1983); Rivers v. State, 425 So.2d 101 (Fla. 1st DCA 1982), review denied, 436 So.2d 100 (Fla.1983).